# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALO LINDON TONGA, | Case No. EDCV 14-1865-AG (JPR) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| JEFFREY BEARD, | |
| Respondent. | |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections have been filed. The Court therefore accepts the findings and recommendations of the Magistrate Judge. IT IS ORDERED that the Petition is denied as time barred and Judgment be entered dismissing this action with prejudice.

DATED: September 30, 2015

ANDREW J. GUILFORD
U.S. DISTRICT JUDGE