**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LASALO LINDON TONGA,<br><br>        Petitioner,<br><br>    vs.<br><br>JEFFREY BEARD,<br><br>        Respondent. | Case No. EDCV 14-1865-AG (JPR)<br><br>**J U D G M E N T** |

    Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 30, 2015

                                       ANDREW J. GUILFORD
                                       U.S. DISTRICT JUDGE